IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ANDREI GLICKSTEIN                                        PETITIONER

V.                          CIVIL ACTION NO. 5:25-cv-104-DCB-BWR

WARDEN, *Louisiana ICE Processing Center*              RESPONDENT


<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

This matter is before the Court on Magistrate Judge Rath's Report and Recommendation ("Report") [ECF No. 17], which recommends that pro se Petitioner Andrei Glickstein's 28 U.S.C. § 2241 Petition be dismissed without prejudice. The basis for this recommendation is that Petitioner failed to respond to Respondent's Motion to Dismiss, despite being ordered to do so by March 20, 2026. The Report was entered on April 7, 2026, and objections were due by April 21, 2026. No party has objected to the Report.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a <u>de novo</u> review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law"

standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court, having reviewed Respondent's Motion to Dismiss [ECF No. 14], Petitioner Andrei Glickstein's 28 U.S.C. § 2241 Petition, Judge Rath's Order directing Petitioner to respond to the Motion to Dismiss, and Judge Rath's Report, finds that the petition should be dismissed for failure to prosecute and failure to obey the Court's order. The Court adopts Judge Rath's findings and conclusions in full.

Accordingly,

The Court agrees with Judge Rath's recommendation. The Report [ECF No. 17] is hereby ADOPTED and the action is DISMISSED WITHOUT PREJUDICE.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED, this the 6th day of May, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE